**JOHN ROBB**, OSB. No. 104910
john@salirobb.com
Sali Robb LLC
1000 SW Broadway, Suite 2150
Portland, OR 97205
Telephone:  (971) 407-3372
Facsimile:  (503) 765-5377

Attorney for Defendant Beniamin Lucescu

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BENIAMIN LUCESCU,<br><br>Defendant. | Case No. 3:24-cr-00235-AB-1<br><br>DEFENDANT BENIAMIN LUCESCU'S JOINDER IN DEFENDANT GEORGETA LUCESCU'S MOTION TO DISMISS COUNT 5 DUE TO MERGER, AND MOTION TO DISMISS COUNTS 6-8 |

Defendant Beniamin Lucescu, through counsel, hereby joins Defendant Georgeta Lucescu's Motion to Dismiss Count 5 Due to Merger (ECF 63). This joinder is made in the interest of judicial economy, because Mr. Lucescu is similarly situated to Ms. Lucescu, and the arguments made in the Motion apply equally to both defendants.

For the same reasons articulated in Mrs. Lucescu's pleadings in ECF 63 & 65, Mr. Lucescu also moves to dismiss counts 6-8. Mrs. Lucescu and the government's briefing are

PAGE 1 –    DEFENDANT BENIAMIN LUCESCU'S JOINDER IN DEFENDANT GEORGETA LUCESCU'S MOTION TO DISMISS COUNT 5 DUE TO MERGER, AND MOTION TO DISMISS COUNTS 6-8

equally applicable in the context of the substantive wire fraud and money laundering charges Mr.

Lucescu is charged with in counts 6-8, and they should be dismissed for the same reasons.

DATED:  April 6, 2026

SALI ROBB LLC

By:       s/John Robb
               JOHN ROBB, OSB No. 104910
               Attorney for Defendant Beniamin Lucescu

PAGE 2 –     DEFENDANT BENIAMIN LUCESCU'S JOINDER IN DEFENDANT GEORGETA LUCESCU'S MOTION TO DISMISS COUNT 5 DUE TO MERGER, AND MOTION TO DISMISS COUNTS 6-8